ARTHUR WINSTON*
JAY WINSTON * ◊ ●

Admitted in NY *
Admitted in NJ ◊
Admitted in CT ●

# WINSTON & WINSTON, P.C.
Attorneys at Law
295 Madison Avenue, Suite 930
New York, NY 10017
212-922-9482
FAX 212-922-9484

ALEKSANDER POWIETRZYNSKI *◊
JESSICA SPRAGUE*
ANTHONY NIESCIER*

December 27, 2013

Charles Hans Zizi
Plaintiff *Pro Se*
220 Greene Avenue
Brooklyn, NY 11238

and

Kevin P. Potere
Duane Morris, LLP
Attorneys for Defendant PNC Bank, N.A.,
1540 Broadway
New York, NY 10036-4086


Re:  Charles Hans Zizi vs. PNC Bank and ChexSystems
     <u>Cover Letter for ChexSystems' Motion to Dismiss Complaint</u>
Case No.:    1:13-cv-07212-PKC-RML
Our File No.: FDC 541


Dear Charles Hans Zizi and Kevin P. Potere:

    Our office represents Chex Systems, Inc., a/k/a ChexSystems ("ChexSystems"). Please find enclosed a copy of Defendant ChexSystems' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or in the alternative for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e) (collectively, the "Motion to Dismiss"). Enclosed are ChexSystems' Notice of Motion to Dismiss, Affirmation in Support of the Motion to Dismiss, Memorandum of Law in Support of the Motion to Dismiss and accompanying exhibits.

    By letter motion dated December 26, 2013 and pursuant to Honorable Judge Pamela K. Chen's Individual Practices and Rules 3(A) Defendant ChexSystems requested the Court set a briefing schedule for the Motion to Dismiss. Pursuant to Rule 3, the Court sets the return date of the motion. You may separately address the December 26, 2013 letter as outlined in Rule 3(A). ChexSystems will provide copies of any Scheduling Order set forth by the Court upon receipt of same.

    Pursuant to the Honorable Judge Pamela K. Chen's Individual Practices and Rules 3(D) only this letter is being filed with the Court at this time via the ECF system. Per Rule 3(D) the

| | | |
|---|---|---|
| ARTHUR WINSTON*<br>JAY WINSTON * ◊ ●<br><br>Admitted in NY *<br>Admitted in NJ ◊<br>Admitted in CT ● | **WINSTON & WINSTON, P.C.**<br>Attorneys at Law<br>295 Madison Avenue, Suite 930<br>New York, NY 10017<br>212-922-9482<br>FAX 212-922-9484 | ALEKSANDER POWIETRZYNSKI *◊<br>JESSICA SPRAGUE*<br>ANTHONY NIESCIER* |

remaining papers will be filed on the day the motion is fully briefed as will be set forth in the aforementioned Scheduling Order. Courtesy copies will be provided to the Court at that time.

Thank you for your consideration in this matter.

                                                      Very Truly Yours,

                                                      /s/ Aleksander Powietrzynski
                                                      Aleksander Powietrzynski

cc:     VIA ECF and Courtesy Copy VIA Court Service Delivery
         Honorable Judge Pamela K. Chen
         United States District Court, Eastern District of New York
         225 Cadman Plaza East, Chambers: N 631, Brooklyn, New York 11201

Case 1:13-cv-07212-PKC-RML   Document 12-4   Filed 04/07/14   Page 2 of 2 PageID #: 58