UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES HANS ZIZI,

                                Plaintiff,

    - against-

PNC BANK and CHEXSYSTEMS.
                                Defendant.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE
## Case No.:  1:13-cv-07212-PKC-RML

      I hereby certify that on December 27, 2013, a copy of ChexSystems' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(e) which included a cover letter (which was filed by ECF on December 27, 2013), Notice of Motion, Affirmation in Support of Defendant ChexSystems's Motion to Dismiss with Exhibits and Memorandum of Law in Support of ChexSystems' Motion to Dismiss, was sent by first class mail and fax to the following:

| | |
|---|---|
| Charles Hans Zizi | Kevin P. Potere |
| 220 Greene Avenue | Duane Morris, LLP |
| Brooklyn, NY 11238 | 1540 Broadway |
| | New York, NY 10036 |

                                                                   /s/ Aleksander Powietrzynski
                                                                    Aleksander Powietrzynski
                                                                     Winston and Winston P.C.
                                                      295 Madison Avenue, Suite 930
                                                                 New York, NY 10017
                                                                        (212) 922-9482
                                                             Fax: (212) 922-9484
                                           Alex@winstonandwinston.com